IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eva Sakellarides, | ) | Case No. 1:21-cv-05156 |
| | ) | |
| Plaintiff, | ) | Hon. Virginia M. Kendall |
| | ) | |
| v. | ) | |
| | ) | |
| The Everygirl Media Group, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**FIRST AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Plaintiff Eva Sakellarides ("Plaintiff"), by and through its undersigned counsel, hereby requests an additional 30 days, through and including November 22, 2021, for Defendant to file an answer or other responsive pleading to Plaintiff's complaint. In support of its motion, Plaintiff states as follows:

1. Plaintiff served Defendant on October 1, 2021.

2. Defendant's responsive pleading is due on October 22, 2021.

3. Counsel for Plaintiff was contacted on October 15, 2021, by Defendant's counsel who requested that Plaintiff file an extension.

4. Counsel for Defendant expressed that additional time was needed to review the complaint.

5. Plaintiff's counsel agreed to file and consents to this requested extension.

Wherefore, Plaintiff respectfully requests that this Court enter an order granting the requested 30-day extension and extending Plaintiff's deadline to file a responsive pleading through and included November 22, 2021.

Respectfully submitted,

Dated: October 19, 2021 **SANDERS LAW GROUP**

*/s/ Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123039
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 19 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will then send a Notice of Electronic Filing to all counsel of record.

                                            */s/ Craig. B. Sanders*
                                            Craig B. Sanders

                                            *Counsel for Plaintiff*