**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Eva Sakellarides, | |
| Plaintiff, | Case No: 1:21-cv-05156 |
| v. | |
| The Everygirl Media Group, LLC, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 9, 2021

**PARTRIDGE PARTNERS**

By:  /s Charlie G. Giger
Charlie G. Giger, Esq.
321 North Clark Street, Suite 500
Chicago, IL 60654
Tel: (312) 376-8185
Email: charlie@partridgepartnerspc.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By:  */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123039
*Attorneys for Plaintiff*